No. 249. EVANGELICAL LUTHERAN SYNOD *v.* FIRST ENGLISH LUTHERAN CHURCH ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. W. R. Bleakmore*

for petitioner. *Mr. J. D. Lydick* for respondents. ▮

